**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF TENNESSEE**

FILED *CAO* D.C.

2005 NOV 16  PM 3:44

CLERK US

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | 05-20056  Ma |
| | ) | |
| MICHAEL DEWAYNE TURNER | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Thomas A. Colthurst applies to the Court for a Writ to have MICHAEL DEWAYNE TURNER, D.O.B. 01/18/1957; Reg# 00129864 now being detained in the Shelby County Correctional Center, appear before the Honorable Samuel H. Mays on the 23th day of December, 2005, at 1:30 for a Report Date and for such other appearances as this Court may direct.

Respectfully submitted this   16th   day of November, 2005.

Thomas A. Colthurst
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF, MARK LUTTRELL, WARDEN, Reuben Hodge

YOU ARE HEREBY COMMANDED to have MICHAEL DEWAYNE TURNER appear before the Honorable Samuel H. Mays at the date and time aforementioned.

ENTERED this 16th day of November , 2005 .

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 503 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT