# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

FILED

2005 DEC 13  AM 9: 29

UNITED STATES OF AMERICA      )

vs.                             )        05-20056  Ma

MICHAEL DEWAYNE TURNER    )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Thomas A. Colthurst applies to the Court for a Writ to have MICHAEL DEWAYNE TURNER  ,

D.O.B. 10/12/1974; Reg# 00351328 now being detained in the    Shelby County Correctional Center,

appear before the Honorable Samuel H. Mays  on the 14th day of  December, 2005,  at 11:00 for a

Report Date and for such other appearances as this Court  may direct.

Respectfully submitted this    12th    day of December , 2005.

Thomas A. Colthurst
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE , MEMPHIS, TN

SHERIFF, MARK LUTTRELL, WARDEN, Reuben Hodge

YOU ARE HEREBY COMMANDED to have MICHAEL DEWAYNE TURNER appear before the

Honorable Samuel H. Mays  at the date and time aforementioned.

ENTERED this  12  day of December , 2005 .

Tu M. Pham
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCrP on __12-13-05__

554

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 559 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT