# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### Western Division

FILED BY _____ D.C.

05 DEC 19 PM 3: 40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                    Case No. 05-20056

Michael Tuner

---

## AMENDED ORDER REFUNDING CASH APPEARANCE BOND

---

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of  *$1,500.00, payable to Teresa Turner at 4752 Waterfront Oak Dr.   Memphis TN, 38128 in full refund of the cash appearance bond posted herein.

                                      Samuel H. Mays, Jr.
                                      United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-21-05__

578

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 578 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT